IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DKM Holding, LLC | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-27926 |
| | ) | |

**ORDER CONFIRMING DEBTOR'S FIFTH MODIFIED PLAN OF REORGANIZATION**

THIS CAUSE coming to be heard on the confirmation hearing of the Debtor's Fifth Modified Plan of Reorganization ("Plan"), copies of which were transmitted to all creditors and parties in interest, the ballots of all creditors and parties in interest entitled to vote thereon have been tallied and a Report of Balloting having been filed,; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue is proper in this District pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that proper and adequate notice has been given under the circumstances and that no further notice is necessary; that any and all objections to the Disclosure Statement and Plan being withdrawn pursuant to stipulation, and after due deliberation and sufficient cause appearing therefor,

**THE COURT FINDS:** the Fifth Amended Disclosure Statement contains adequate information, the Plan of Reorganization satisfies the requirements of 11 U.S.C. § 1129(a), the Court having heard the Debtor's offer of proof and finds that all provisions of 11 U.S.C. § 1129(b) are met, the Plan being proposed in good faith, and the Plan is feasible in the sense that confirmation is not likely to be followed by a need for liquidation.

IT IS THEREFORE ORDERED:

1) The Debtor's Fifth Amended Plan of Reorganization Debtor's is hereby confirmed.

2) A post-confirmation status on the confirmed Plan is set for ___Nov. 4___, 2014 at 10:00 a.m.

3) Debtor's First Report of Distributions shall be filed on or before December 15, 2014.

Dated: 14 OCT 2014

BY THE COURT

_____
The Honorable Eugene R. Wedoff
U.S. Bankruptcy Judge

This document was prepared by
Michael V. Ohlman #6294512
Michael V. Ohlman, P.C.
55 West Monroe, Suite 2370
Chicago, IL 60603