IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DKM Holding, LLC | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-27926 |
| | ) | |
| | ) | Hearing Date: March 31, 2015 |
| | ) | Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

To:   See attached service list

PLEASE TAKE NOTICE that on **Tuesday, March 31, 2015 at 10:00 AM**, the undersigned will appear before the Honorable Judge Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present the Debtors' **MOTION FOR ENTRY OF A FINAL ORDER AND DECREE CLOSING CHAPTER 11 CASE**, a copy of which is enclosed herewith and served upon you.

/s/ Michael V. Ohlman

Michael V. Ohlman #6294512
55 West Monroe, Suite 2370
Chicago, IL 60603
(847)406-0022
mvohlman@ohlmanlaw.com

### CERTIFICATE OF SERVICE

I, Andrew Meyer, a non-attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, as indicated on the list, on **March 7, 2015,** before the hour of 5 p.m.

/s/ Michael V. Ohlman

# SERVICE LIST

**Via CM/ECF or Email:**

Gretchen Silver, Office of the U.S. Trustee, Region 11
USTPRegion11.ES.ECF@usdoj.gov

Sarah K Lash on behalf of Creditor Urban Partnership Bank
slash@chuhak.com, hcummins@chuhak.com

Daniel H Olswang on behalf of Creditor Community Investment Corporation
dolswang@hrolaw.com

John J Turner on behalf of Creditor Lakeside Bank
jturner@lovjc.com

**Via US Mail**

Christine Tam
807 Salt Lake Drive
San Jose CA 95133

Evergreen Financial Services Inc
PO Box 9073
Yakima, WA 98909

Lakeside Bank
141 West Jackson
Chicago, IL 60604

Mee Fong T.
2919 South Princeton
Chicago, IL 6016

U.S. Bank N.A.
Bankruptcy Department
P.O. Box 5229
Cincinnati, OH 45201

American Express
7366 N. Lincoln Ave
Lincolnwood, IL 60712

City of Chicago – Water
121 North LaSalle Street
Chicago, IL 60602

Urban Partnership
4310 St. Charles Road
Bellwood, IL 60104

Washington Federal Bank
2869 South Archer
Chicago, IL 60608

Woa Corporation
1332 N. Halsted
Chicago, IL 60642

ComEd
PO Box 805379
Chicago, IL 60680

People's Gas
130 East Randolph St.
Chicago, IL 60601

Comcast
4851 N. Milwaukee Ave
Chicago, IL 60630

Albany Bank
4100 W. Lawrence
Chicago, IL 60630

M3 Properties, LLC
2918 S. Wentworth Ave
Chicago, IL 60616

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DKM Holding, LLC | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 13-27926 |
| | ) | |

**MOTION FOR ENTRY OF A FINAL ORDER AND DECREE
CLOSING THE CHAPTER 11 CASE**

NOW COMES the Debtor and Debtor in Possession DKM Holding, LLC (the "Debtor"), by and through its attorneys, Michael V. Ohlman, P.C., and hereby applies for the entry of a final order and decree, closing the above captioned chapter 11 case. In support of this application, the Debtor states:

1. This Honorable Court has jurisdiction over this motion pursuant to 28 U.S.C. § 1334. This motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue is proper pursuant to §§ 1408 and 1409.

2. On July 11, 2013, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. This was the Debtor's second petition.

3. The Debtors' plan of reorganization was confirmed on October 14, 2014. *See Docket No. 175*.

4. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."

5. Although the meaning of "fully administered" is not settled, courts have determined that it means "the point when the estate reaches substantial consummation as defined by Section 1101(2) of the Bankruptcy Code." *In re Wade*, 991 F.2d 402, 407 n.2 (7th Cir. 1992). Section 1101(2) of the Bankruptcy Code provides that:

> Substantial consummation means –
>
> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
>
> (B) assumption by the debtor or by the successor to the debtors under the plan of the business or of management of all or substantially all of the property dealt with by the plan; and
>
> (C) commencement of distribution under the plan.

In addition, courts have directed that the following events should be considered when determining if an estate has been fully administered: "1) when the order confirming the plan has become final, 2) when deposits have been distributed, 3) when payments under the plan have been commenced, 4) when all motions, contested matters, and adversary proceedings have been resolved." *Wade*, 991 F.2d at 407 n.2.

6. The Debtors' estate has been fully administered for the following reasons:

a. The order confirming the plan on October 14, 2014 has become final;

b. The Debtor has been making payments to its secured creditors; and

c. The Debtor has fully paid all unsecured creditors pursuant to the terms of the Plan.

7. The Debtors are current, or shall become current, on all amounts owed to the United States Trustee before the hearing date on this motion.

8. Pursuant to Local Rule 3022-1, notice of this motion has been sent to all creditors.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter a final decree and close this chapter 11 case. Debtors also ask for such further relief as may be just and appropriate.

Dated: March 7, 2015

                                         Respectfully submitted,
                                         DKM HOLDING, LLC

                            By:   /s/ Michael V. Ohlman
                                         One of its attorneys

Michael V. Ohlman #6294512
55 West Monroe, Suite 2370
Chicago, IL 60603
(847)406-0022
mvohlman@ohlmanlaw.com