UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-27926 |
| DKM Holding, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ENTERING FINAL DECREE CLOSING CHAPTER 11 CASE**

This matter coming to be heard on the Debtor's Motion to enter a Final Decree Closing its Chapter 11 Case, pursuant to 11 U.S.C. section 350, Bankruptcy Rule 3022, and Local Rule 3022-1, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter, and being fully advised in the premises,

IT IS HEREBY ORDERED:

A Final Decree closing the Debtors' chapter 11 Case is hereby entered.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  March 31, 2015

**Prepared by:**

Michael V. Ohlman # 6294512
Michael V. Ohlman, P.C.
55 West Monroe, Suite 2370
Chicago, IL 60603
847/406-0022